**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-2387**

———————

In re: PERCY JAMES TUCKER,

                   Petitioner.

———————

On Petition for Writ of Mandamus. (2:09-cr-00182-AWA-DEM-1)

———————

Submitted: January 10, 2022                  Decided: January 14, 2022

———————

Before MOTZ and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Percy James Tucker, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy James Tucker petitions for a writ of mandamus, asking us to order the district court to stay the proceedings in his criminal case and to vacate the court's order revoking his supervised release. "[M]andamus is a drastic remedy that must be reserved for extraordinary situations." *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018) (internal quotation marks and citations omitted). "Courts provide mandamus relief only when (1) petitioner 'ha[s] no other adequate means to attain the relief [he] desires'; (2) petitioner has shown a 'clear and indisputable' right to the requested relief; and (3) the court deems the writ 'appropriate under the circumstances.'" *Id.* (quoting *Cheney v. U.S. Dist. Court*, 542 U.S. 367, 380-81 (2004)). The writ of mandamus is not a substitute for appeal after final judgment. *Will v. United States*, 389 U.S. 90, 97 (1967); *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

We have reviewed Tucker's petition and amended petition, and we conclude that he fails to show that he is entitled to the requested relief. Accordingly, we deny the petition and amended petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*